# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0010
Lower Tribunal Nos. 18-36 AP & 08-4741 CC
_____

**State Farm Mutual Automobile Insurance Company,**
Appellant,

vs.

**Gables Insurance Recovery, Inc., a/a/o Jose Seota,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gina Beovides, Judge.

Clark Robb Mason Coulombe Buschman & Charbonnet; Russo Appellate Firm, P.A., and Elizabeth K. Russo and Paulo R. Lima, for appellant.

Billbrough & Marks, P.A., and G. Bart Billbrough and Geoffrey B. Marks, for appellee.

Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.